**Jeffery J. MATTHEWS, Petitioner–
Appellant,**

v.

**Jon P. GALLEY; Attorney General
for the State of Maryland,
Respondents–Appellees.**

**No. 01–7495.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 8, 2002.

Decided Jan. 24, 2002.

Jeffery Matthews, Appellant Pro Se.
Mary Ann Rapp Ince, Office of the Attor-
ney General of Maryland, Baltimore, Ma-
ryland, for Appellees.

§ 636(c) (1994).

Before WILKINS, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM.

Jeffery Matthews seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Matthews v. Galley*, No. CA–01–1144–DKC (D. Md. filed Aug. 13, 2001; entered Aug. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*